IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTONIO TIRREL WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-150 |
| | ) | |
| THE STATES OF GA. AND VA.; DEPUTY WARDEN MOHAMEAD; FORMER WARDEN SCOTT WILKS; DEPUTY WARDEN HARRIS; DEPUTY WARDEN COLOANIE and WARDEN JONES, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. On September 10, 2025, the Magistrate Judge recommended this case be dismissed because Plaintiff failed to timely return both forms required to proceed *in forma pauperis*, as well as an amended complaint, as ordered by the Court on July 23, 2025. (Doc. no. 6.) After entry of the R&R, the Court belatedly received Plaintiff's amended complaint, Consent to Collection of Fees form, and an unsigned, incomplete Trust Fund Account Statement Form. (See doc. nos. 8, 9, 10.)

Because the Court was unable to discern the correct partial filing fee owed by Plaintiff based on the deficient information provided in the Trust Fund Account Statement, on October 6, 2025, the Court ordered Plaintiff to submit a complete form and provided Plaintiff an

extension until October 23, 2025, to return the form. (See doc. no. 11.) The Court further explained its September 10th R&R would be submitted to the presiding District Judge for consideration should Plaintiff fail to return the required paperwork. (Id. at 3.) The time for Plaintiff to file a complete Trust Fund Account Statement in accordance with the October 6th Order has passed, and Plaintiff has not submitted the form, nor has he provided the Court with any explanation why he has not complied.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, as modified herein, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 5th day of November, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA