AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO TIRREL WALTON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:25 CV-150

THE STATES OF GA. AND VA.; DEPUTY WARDEN MOHAMEAD; FORMER WARDEN SCOTT WILKS; DEPUTY WARDEN HARRIS; DEPUTY WARDEN COLOANIE and WARDEN JONES.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 5, 2025, adopting the Report and Recommendation of the Magistrate Judge, the Court dismisses this case without prejudice, and this case stands closed.

| | |
|---|---|
| 11/5/2025 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *Martha C. Mormenco* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020